U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 08 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Rome
(USAO: 2015R00861)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Polk

DISTRICT COURT NO.  4:18-CR-003
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: February 8, 2018

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
SAMANTHA MILLER

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Katherine M. Hoffer
Defense Attorney: