UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NO. 4:18-CR-03-19-HLM |
| | : | |
| SAMANTHA MILLER<br>COBB COUNTY JAIL | | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO:   COBB COUNTY JAIL, MARIETTA, GA**
**ANY U.S. MARSHAL AND ANY OTHER AUTHORIZED OFFICER.**

**YOU ARE HEREBY COMMANDED** to have the body of **SAMANTHA MILLER,** by you restrained of her liberty, as it is said, by whatsoever names detained before the Honorable Walter E. Johnson, United States Magistrate Judge of the United States District Court for the Northern District of Georgia of said Court in the City of Rome, Georgia, **at 1:30 p.m. on the 6th day of MARCH, 2018,** and from day to day thereafter until discharged by the Court, then and there to appear for a hearing and abide by the judgment of this Court in the above entitled case, thence to be returned to the custody from which he came, and have you this writ.

**WITNESS** the Honorable Judge of the United States District Court for the Northern District of Georgia, This 22nd day of February, 2018.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

**JAMES N. HATTEN, CLERK/DCE**
**February 22, 2018**

 /s/ Kari Butler
**Kari Butler, Deputy Clerk**